UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **NORMAN CLAY GUTHRIE** | **CIVIL ACTION NO. 21-0505** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| | |
| **LEIGHTON FRANZ BECKER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Norman Clay Guthrie's claims are **DISMISSED** as untimely, as frivolous, and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this __2nd____ day of September 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE